Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of Minnesota**

Case number (if known): _____   Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **HL Pit Stop, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 1 – 2 6 2 7 7 0 1** |

**4. Debtor's address**

**Principal place of business**

**620 Dutch Lake Dr**
Number          Street

**Howard Lake, MN 55349**
City                                State      ZIP Code

**Wright**
County

**Mailing address, if different from principal place of business**

Number          Street

City                                State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                                State      ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | **hlpitstop.com** |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **HL Pit Stop, LLC**

Name

Case number *(if known)*

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | HL Pit Stop, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

| | |
|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. **Why does the property need immediate attention?** *(Check all that apply.)* ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. What is the hazard? _____ ☐ It needs to be physically secured or protected from the weather. ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). ☐ Other _____ **Where is the property?** _____ Number        Street _____ _____ City                                     State    ZIP Code **Is the property insured?** ☐ No ☐ Yes.  Insurance agency _____ Contact name _____ Phone _____ |

---

| **Statistical and administrative information** |
|---|

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* ☑ Funds will be available for distribution to unsecured creditors. ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | **HL Pit Stop, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/07/2025**
MM/ DD/ YYYY

**X** **s/ David Rollins**        **David Rollins**
Signature of authorized representative of debtor      Printed name

Title _____

**18. Signature of attorney**

**X** **s/ Mary Sieling**     Date **08/07/2025**
Signature of attorney for debtor       MM/ DD/ YYYY

**Mary Sieling**
Printed name

**Sieling Law, PLLC**
Firm name

**12800 Whitewater Dr 100, # 3201**
Number      Street

**Minnetonka**      **MN**    **55343**
City          State    ZIP Code

**(612) 325-1191**      **mary@sielinglaw.com**
Contact phone         Email address

**0389893**      **MN**
Bar number        State

**Fill in this information to identify the case:**

Debtor Name     **HL Pit Stop, LLC**

United States Bankruptcy Court for the: District of     **Minnesota**
                                                        (State)

Case number (If
known):

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|----------------------------|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                      **$1,500.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | **Citizens State Bank of Waverly, MN** | **Checking account** | **8  9  9  9** | $157.03 |
   | 3.2. | **Citizens State Bank of Waverly, MN** | **Checking account** | **9  1  8  2** | $500.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**                                                   $2,157.03

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---------|--------------------------|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1

Debtor      **HL Pit Stop, LLC**_____          Case number *(if known)* _____
        Name

---

7.2  _____          _____

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

     8.1  _____          _____

     8.2  _____          _____

9.   **Total of Part 2**                                                    ┌───────────┐
                                                                            │ _____ │
     Add lines 7 through 8. Copy the total to line 81.                      └───────────┘

---

| Part 3: | Accounts receivable |
|---|---|

10.  **Does the debtor have any accounts receivable?**

     ☐ No. Go to Part 4.
     ☑ Yes. Fill in the information below.

                                                                    **Current value of
                                                                    debtor's interest**

11.  **Accounts receivable**

     11a. 90 days old or less:  **$150.00**  -  **unknown**  =..... ➔                    **$150.00**
                                face amount      doubtful or uncollectible accounts

     11b. Over 90 days old:  _____  -  _____  =..... ➔          _____
                             face amount      doubtful or uncollectible accounts

12.  **Total of Part 3**                                                    ┌───────────┐
                                                                            │   **$150.00** │
     Current value on lines 11a + 11b = line 12. Copy the total to line 82. └───────────┘

---

| Part 4: | Investments |
|---|---|

13.  **Does the debtor own any investments?**

     ☑ No. Go to Part 5.
     ☐ Yes. Fill in the information below.

                                                    **Valuation method used     Current value of
                                                    for current value           debtor's interest**

14.  **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

     14.1  _____          _____          _____

     14.2  _____          _____          _____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
     including any interest in an LLC, partnership, or joint venture**

     Name of entity:                           % of
                                               ownership:

     15.1.  _____        _____     _____     _____

     15.2.  _____        _____     _____     _____

---

Debtor    **HL Pit Stop, LLC**
Name                                                                    Case number *(if known)*

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____    _____    _____

16.2 _____    _____    _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| **Gas Station food, beverage, and other products inventory** | _____ MM / DD / YYYY | **unknown** | **Liquidation** | **$35,000.00** |
| **A&W Restaurant food and beverage inventory** | _____ MM / DD / YYYY | **unknown** | **Liquidation** | **$2,000.00** |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

**$37,000.00**

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____    Valuation method _____    Current value _____

---

Official Form 206A/B                **Schedule A/B: Assets — Real and Personal Property**                page **3**

Debtor   **HL Pit Stop, LLC**                                    Case number *(if known)* _____
_____
Name

---

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.                    _____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

Debtor   **HL Pit Stop, LLC**

Name

Case number *(if known)*

---

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| A&W and Coffee shop tables and chairs | unknown | Liquidation | $2,000.00 |
| Small office furniture of desks and chairs | unknown | Liquidation | $50.00 |
| **40.** **Office fixtures** | | | |
| A&W Point of Sale System | unknown | Liquidation | $5,000.00 |
| Gas station Point of Sale system | unknown | | $1,000.00 |
| Coffee Shop point of sale system | unknown | Liquidation | $2,000.00 |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Old computer and printer | unknown | | $1.00 |
| Fuel pumps and fuel | unknown | Liquidation | $27,000.00 |
| Gas Station equipment including shelving, coolers, counter | unknown | Liquidation | $1,000.00 |
| A&W Restaurant equipment, including refrigeration, cooler, grill, ice cream machine and fryers | unknown | Liquidation | $10,000.00 |
| Coffee Shop Equipment including espresso machine | unknown | Liquidation | $1,000.00 |

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____

42.2 _____

42.3 _____

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

**$49,051.00**

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

Debtor   **HL Pit Stop, LLC**
Name                                                                Case number *(if known)*

---

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  **2010 Dodge Ram** | **unknown** | **Liquidation** | **$7,000.00** |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| **49.  Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Skid loader** | **unknown** | | **$8,000.00** |

**51.  Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$15,000.00

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 9:       Real property**

**54.  Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |

Debtor      **HL Pit Stop, LLC**
Name

Case number *(if known)*

| | | | | |
|---|---|---|---|---|
| 55.2 | | | | |
| 55.3 | | | | |
| 55.4 | | | | |
| 55.5 | | | | |
| 55.6 | | | | |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| website: hlpitsop.com | unknown | Liquidation | $1.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

$1.00

Debtor    __HL Pit Stop, LLC_____    Case number *(if known)* _____
       Name

---

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

  ☑ No

  ☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

  ☑ No

  ☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

  ☑ No

  ☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No. Go to Part 12.

  ☑ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
| --- | --- |

**71.** **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➜   _____
                            Total face amount      doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____

_____   Tax year _____   _____

_____   Tax year _____   _____

**73.** **Interests in insurance policies or annuities**

_____   _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

  __A driver hit the debtor's billboard_____   _____ $1.00

Nature of claim      __Property damage_____

Amount requested      __unknown____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   _____

Nature of claim      _____

Amount requested      _____

Debtor    **HL Pit Stop, LLC**_____   Case number *(if known)*_____
          Name

---

76. **Trusts, equitable or future interests in property**

    _____                    _____

77. **Other property of any kind not already listed** *Examples:* Season
    tickets, country club membership

    **Lease with Eastbound Auto Repair - $2,500 per month paid to debtor - current**    $2,500.00

78. **Total of Part 11**                                                                $2,501.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $2,157.03 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $150.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $37,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $49,051.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $15,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .................................................... ➔ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,501.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column*..........................91a. | $105,860.03 | + 91b. _____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................   $105,860.03

Fill in this information to identify the case:

Debtor name __**HL Pit Stop, LLC**__

United States Bankruptcy Court for the District of __**Minnesota**__

(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Creditor's name**

__Citizens State Bank of Waverly__

**Creditor's mailing address**

__Attn: Officer or Managing Agent__

__609 Pacific Ave__

__Waverly, MN 55390__

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __4__ __5__ __0__ __8__

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
   __See continuation page.__

**Describe debtor's property that is subject to a lien**

Skid loader, A&W and Coffee shop tables and chairs, A&W Point of Sale System , A&W Restaurant equipment, including refrigeration, cooler, grill, ice cream machine and fryers, Citizens State Bank of Waverly, MN, A&W Restaurant food and beverage inventory , Citizens State Bank of Waverly, MN, Coffee Shop point of sale system, Coffee Shop Equipment including espresso machine , Fuel pumps and fuel, Gas Station equipment including shelving, coolers, counter, Gas Station food, beverage, and other products inventory, Gas station Point of Sale system, Old computer and printer, Small office furniture of desks and chairs

**Describe the lien**

__UCC lien on all assets__

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Column A | Column B |
|---|---|
| $1,992,873.00 | $94,708.03 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $2,668,114.00

Debtor    **HL Pit Stop, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---------|-----------------|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**Forward Financing**

**Creditor's mailing address**

**Attn: Officer or Managing Agent**

**53 State St 20 Fl**

**Boston, MA 02109**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the
    relative priority?

    ☐ No.  Specify each creditor, including
       this creditor, and its relative
       priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors
       is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**UCC lien on accounts**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$35,241.00**    Column B: **unknown**

Debtor    **HL Pit Stop, LLC**
Name                                                                     Case number (if known) _____

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.3**   **Creditor's name**

**ODK Capital, LLC**

**Describe debtor's property that is subject to a lien**

**$65,000.00**

**unknown**

**Creditor's mailing address**

**Attn: Officer or Managing Agent**

**4700 W Daybreak Pkwy 200**

**South Jordan, UT 84009**

**Describe the lien**

**UCC lien on all assets**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.   Specify each creditor, including this creditor, and its relative priority.

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page __3__ of __7__

Debtor   **HL Pit Stop, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4** Creditor's name

**ODK Capital, LLC**

Describe debtor's property that is subject to a lien

_____

_____

_____

**$75,000.00**     **unknown**

Creditor's mailing address

**Attn: Officer or Managing Agent**

**4700 W Daybreak Pkwy 200**

**South Jordan, UT 84009**

Describe the lien

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   **HL Pit Stop, LLC**

Case number (if known) _____

Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.5** **Creditor's name**

**Small Business Administration**

**Creditor's mailing address**

**Attn: SBA Administrator**

**409 3rd St SW**

**Washington, DC 20416**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    **See continuation page.**

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Cash, A&W and Coffee shop tables and chairs, A&W Point of Sale System , A&W Restaurant equipment, including refrigeration, cooler, grill, ice cream machine and fryers, A&W Restaurant food and beverage inventory , Citizens State Bank of Waverly, MN, Citizens State Bank of Waverly, MN, Skid loader, Coffee Shop Equipment including espresso machine , Coffee Shop point of sale system, Customer account, Fuel pumps and fuel, Gas Station equipment including shelving, coolers, counter, Gas Station food, beverage, and other products inventory, Gas station Point of Sale system, Lease with Eastbound Auto Repair - $2,500 per month paid to debtor - current

**$500,000.00**

**$98,807.03**

**Describe the lien**

**UCC Lien on all assets**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor **HL Pit Stop, LLC**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**2.1** Creditor's name

**Citizens State Bank of Waverly**
_____

**Specify each creditor, including this creditor, and its relative priority.**

For Skid loader: 1) Small Business Administration; **2) Citizens State Bank of Waverly**; For A&W and Coffee shop tables and chairs: 1) Small Business Administration; **2) Citizens State Bank of Waverly**; For A&W Point of Sale System : 1) Small Business Administration; **2) Citizens State Bank of Waverly**; For A&W Restaurant equipment, including refrigeration, cooler, grill, ice cream machine and fryers: 1) Small Business Administration; **2) Citizens State Bank of Waverly**; For Citizens State Bank of Waverly, MN: 1) Small Business Administration; **2) Citizens State Bank of Waverly**; For A&W Restaurant food and beverage inventory : 1) Small Business Administration; **2) Citizens State Bank of Waverly**; For Citizens State Bank of Waverly, MN: 1) Small Business Administration; **2) Citizens State Bank of Waverly**; For Coffee Shop point of sale system: 1) Small Business Administration; **2) Citizens State Bank of Waverly**; For Coffee Shop Equipment including espresso machine : 1) Small Business Administration; **2) Citizens State Bank of Waverly**; For Fuel pumps and fuel: 1) Small Business Administration; **2) Citizens State Bank of Waverly**; For Gas Station equipment including shelving, coolers, counter: 1) Small Business Administration; **2) Citizens State Bank of Waverly**; For Gas Station food, beverage, and other products inventory: 1) Small Business Administration; **2) Citizens State Bank of Waverly**; For Gas station Point of Sale system: 1) Small Business Administration; **2) Citizens State Bank of Waverly**

**2.5** Creditor's name

**Small Business Administration**
_____

**Specify each creditor, including this creditor, and its relative priority.**

For A&W and Coffee shop tables and chairs: **1) Small Business Administration**; 2) Citizens State Bank of Waverly; For A&W Point of Sale System : **1) Small Business Administration**; 2) Citizens State Bank of Waverly; For A&W Restaurant equipment, including refrigeration, cooler, grill, ice cream machine and fryers: **1) Small Business Administration**; 2) Citizens State Bank of Waverly; For A&W Restaurant food and beverage inventory : **1) Small Business Administration**; 2) Citizens State Bank of Waverly; For Citizens State Bank of Waverly, MN: **1) Small Business Administration**; 2) Citizens State Bank of Waverly; For Citizens State Bank of Waverly, MN: **1) Small Business Administration**; 2) Citizens State Bank of Waverly; For Skid loader: **1) Small Business Administration**; 2) Citizens State Bank of Waverly; For Coffee Shop Equipment including espresso machine : **1) Small Business Administration**; 2) Citizens State Bank of Waverly; For Coffee Shop point of sale system: **1) Small Business Administration**; 2) Citizens State Bank of Waverly; For Fuel pumps and fuel: **1) Small Business Administration**; 2) Citizens State Bank of Waverly; For Gas Station equipment including shelving, coolers, counter: **1) Small Business Administration**; 2) Citizens State Bank of Waverly; For Gas Station food, beverage, and other products inventory: **1) Small Business Administration**; 2) Citizens State Bank of Waverly; For Gas station Point of Sale system: **1) Small Business Administration**; 2) Citizens State Bank of Waverly

Debtor    **HL Pit Stop, LLC**
_____         Case number (if known) _____
Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bret Thrasher** <br> **3050 Peachtree Rd NW 240** <br> **Atlanta, GA 30305** | Line 2. **3** | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Form 206D          Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**          page **7** of **7**

Fill in this information to identify the case:

Debtor name _____ **HL Pit Stop, LLC** _____

United States Bankruptcy Court for the:

_____ **District of Minnesota** _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

__**Internal Revenue Service**__

__**Centralized Insolvency Operation**__

__**PO Box 7346**__

__**Philadelphia, PA 19101-7346**__

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?

☑ No

☐ Yes

Total claim: **$1.00**    Priority amount: **$0.00**

**2.2** Priority creditor's name and mailing address

__**Minnesota Revenue**__

__**Attn: Collections Division**__

__**600 N Robert St**__

__**Saint Paul, MN 55146**__

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?

☑ No

☐ Yes

Total claim: **$35,000.00**    Priority amount: **$35,000.00**

Debtor    **HL Pit Stop, LLC**
Name

Case number *(if known)*

---

**Part 1:** Additional Page

| | | | |
|---|---|---|---|
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 | $40,000.00 |
| **Wright County** | ☐ Contingent | | |
| **Attn: Property tax** | ☐ Unliquidated | | |
| **3650 Braddock Ave NE 1700** | ☐ Disputed | | |
| **Buffalo, MN 55313** | **Basis for the Claim:** | | |
| Date or dates debt was incurred | | | |
| | Is the claim subject to offset? | | |
| Last 4 digits of account number __ __ __ __ | ☑ No  ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | | | |

| Debtor | **HL Pit Stop, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1**
Nonpriority creditor's name and mailing address

**Beaudry Oil**

**Attn: Officer or Managing Agent**

**630 Proctor Ave NW**

**Elk River, MN 55330**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,000.00**

---

**3.2**
Nonpriority creditor's name and mailing address

**Bernicks Pepsi of St. Cloud**

**Attn: Officer or Managing Agent**

**PO Box 7457**

**Saint Cloud, MN 56302**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,500.00**

---

**3.3**
Nonpriority creditor's name and mailing address

**Centerpoint Energy**

**Attn: Officer**

**PO Box 1297**

**Minneapolis , MN 55472**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$300.00**

---

**3.4**
Nonpriority creditor's name and mailing address

**Cintas**

**Attn: Officer of Managing Agent**

**685 Olive St**

**Saint Paul, MN 55101**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$3,500.00**

| Debtor | **HL Pit Stop, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:**  Additional Page

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,000.00
--- | --- | --- | ---
 | **City of Howard Lake** | *Check all that apply.* |
 | | ☐ Contingent |
 | **741 6th St, PO Box 736** | ☐ Unliquidated |
 | **Howard Lake, MN 55349** | ☐ Disputed |
 | | |
 | | **Basis for the claim:** _____ |
 | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
 | Last 4 digits of account number __ __ __ __ | ☑ No |
 | | ☐ Yes |

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00
--- | --- | --- | ---
 | **Corporation Service Company** | *Check all that apply.* |
 | | ☐ Contingent |
 | **Attn: Officer of Managing Agent** | ☐ Unliquidated |
 | **801 Adlai Stevenson Dr** | ☐ Disputed |
 | **Springfield, IL 62703** | |
 | | **Basis for the claim:** _____ |
 | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
 | Last 4 digits of account number __ __ __ __ | ☑ No |
 | | ☐ Yes |
 | **Remarks:** Noticing party for OnDeck and Forward Financing. | |

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,421.00
--- | --- | --- | ---
 | **Dooley's Petroleum, Inc.** | *Check all that apply.* |
 | | ☐ Contingent |
 | **Attn: Officer or Managing Agent** | ☐ Unliquidated |
 | **3101 3rd Ave SW** | ☐ Disputed |
 | **Willmar, MN 56201** | |
 | | **Basis for the claim:** _____ |
 | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
 | Last 4 digits of account number __ __ __ __ | ☑ No |
 | | ☐ Yes |

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,000.00
--- | --- | --- | ---
 | **First National Bank Omaha** | *Check all that apply.* |
 | | ☐ Contingent |
 | **Attn: Officer or Managing Agent** | ☐ Unliquidated |
 | **1620 Dodge Street** | ☐ Disputed |
 | **Omaha, NE 68197** | |
 | | **Basis for the claim:** _____ |
 | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
 | Last 4 digits of account number __5_ _8_ _9_ _6_ | ☑ No |
 | | ☐ Yes |

Debtor    **HL Pit Stop, LLC**_____    Case number *(if known)*_____
          Name

---

| Part 2: | Additional Page |
|---|---|

---

| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,000.00 |
|---|---|---|---|

**Frito-Lay**

**Attn: Officer or Managing Agent**

**75 Remittance Dr Ste. 1217**

**Chicago, IL 60675**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,000.00 |
|---|---|---|---|

**Henry's Foods**

**Attn: Officer or Managing Agent**

**234 McKay Ave N**

**Alexandria, MN 56308**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $954.99 |
|---|---|---|---|

**Hobart Service**

**Attn: Officer or Managing Agent**

**Po Box 2517**

**Carol Stream, IL 60132**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    3  8  5  0

---

| **3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 |
|---|---|---|---|

**MediaCom**

**Attn: Officer or Managing Agent**

**Po Box 5744**

**Carol Stream, IL 60197**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | HL Pit Stop, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

---

**3.13** | **Nonpriority creditor's name and mailing address**

**Minnesota Petroleum Service, Inc.**

**Attn: Officer or Managing Agent**

**682 39th Ave NE**

**Columbia Heights, MN 55421**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$5,868.23**

---

**3.14** | **Nonpriority creditor's name and mailing address**

**Mumford Sanitation**

**Attn: Officer or Managing Agent**

**612 6th St**

**Howard Lake, MN 55349**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$12,000.00**

---

**3.15** | **Nonpriority creditor's name and mailing address**

**Old Dutch Foods, Inc.**

**Attn: Officer or Managing Agent**

**Po Box 64627**

**Saint Paul, MN 55164**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,500.00**

---

**3.16** | **Nonpriority creditor's name and mailing address**

**Red Bull**

**Attn: Officer or Managing Agent**

**Po Box 204750**

**Dallas, TX 75320**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$4,000.00**

---

Debtor    **HL Pit Stop, LLC**
Name

Case number *(if known)* _____

---

**Part 2:**   Additional Page

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,362.00 |
|---|---|---|---|

**Westmor Industries, LLC**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Attn: Officer**
**3 Development Dr**

**PO Box 683**

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Morris, MN 56267**

Date or dates debt was incurred    _____

Last 4 digits of account number    **2 6 8 6**

Debtor    **HL Pit Stop, LLC**
_____    Case number *(if known)* _____
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1   **US Attorney, District of MN** <br><br> **300 S 4th St 600** <br><br> **Minneapolis, MN 55415** | Line **2.2** <br><br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor   **HL Pit Stop, LLC**
_____
Name

Case number *(if known)* _____

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|--|--|--|----------------------------|
| 5a. | **Total claims from Part 1** | 5a. | **$75,001.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$76,406.22** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$151,407.22** |

Fill in this information to identify the case:

Debtor name    **HL Pit Stop, LLC**

United States Bankruptcy Court for the: District of    **Minnesota**
(State)

Case number (If known): _____    Chapter    **11**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest: **Franchisor of A&W Restaurant - contract to be assumed** | **A&W Franchising** |
| | | **Attn: Officer or Managing Agent** |
| | State the term remaining: **7 months** | **1648 McGrathiana Pkwy Ste. 380** |
| | List the contract number of any government contract | **Lexington, KY 40511** |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest: **Ongoing fuel provider. Contract to be ASSUMED** | **Dooley's Petroleum, Inc.** |
| | | **Attn: Officer or Managing Agent** |
| | State the term remaining: **0 months** | **3101 3rd Ave SW** |
| | List the contract number of any government contract | **Willmar, MN 56201** |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest: **Debtor is the landlord and Eastbound Auto Repair is the tenant** | **Eastbound Auto and Diesel Repair, LLC** |
| | | **Attn: Keith Allen Fearing** |
| | | **8704 5th St SW** |
| | State the term remaining: **0 months** | **Howard Lake, MN 55349** |
| | List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest: | |
| | State the term remaining: | |
| | List the contract number of any government contract | |

Debtor    **HL Pit Stop, LLC**
_____    Case number (if known) _____
Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | _____ _____ | _____ _____ |
|---|---|---|---|
| | **State the term remaining** | _____ | _____ |
| | **List the contract number of any government contract** | _____ | |

Fill in this information to identify the case:

Debtor name __**HL Pit Stop, LLC**_____

United States Bankruptcy Court for the: District of __**Minnesota**____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **David Rollins** | **620 Dutch Lake Dr** <br> Street <br><br> **Howard Lake, MN 55349** <br> City    State    ZIP Code | **Small Business Administration** <br><br> **Citizens State Bank of Waverly** | ☑ D <br> ☐ E/F <br> ☐ G <br><br> ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 | **Sandra Rollins** | **620 Dutch Lake Dr** <br> Street <br><br> **Howard Lake, MN 55349** <br> City    State    ZIP Code | **Small Business Administration** <br><br> **Citizens State Bank of Waverly** | ☑ D <br> ☐ E/F <br> ☐ G <br><br> ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor    **HL Pit Stop, LLC**
Name

Case number (if known) _____

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.6 | _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |

Fill in this information to identify the case:

Debtor name _____**HL Pit Stop, LLC**_____

United States Bankruptcy Court for the:

_____**District of Minnesota**_____

Case number (if known): _____    Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    **12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*............................................................................................

   | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................

   | $105,860.03 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..........................................................................................

   | $105,860.03 |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $2,668,114.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................................

   | $75,001.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................................

   | + $76,406.22 |

4. **Total liabilities**..........................................................................................................................................
   Lines 2 + 3a + 3b

   | $2,819,521.22 |

Fill in this information to identify the case:

Debtor name **HL Pit Stop, LLC**

United States Bankruptcy Court for the:

**District of Minnesota**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,489,663.00** |
| For prior year: | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,014,842.00** |
| For the year before that: | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,563,312.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| For prior year: | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| For the year before that: | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

Debtor **HL Pit Stop, LLC**
_____
Name

Case number *(if known)* _____

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Citizens State Bank of Waverly**<br>Creditor's name<br>**609 Pacific Ave**<br>Street<br>**Attn: Officer or Managing Agent**<br>**Waverly, MN 55390**<br>City State ZIP Code | **May 2025** | **$12,000.00** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. **Forward Financing**<br>Creditor's name<br>**53 State St Fl 20**<br>Street<br><br>**Boston, MA 02109**<br>City State ZIP Code | **May 2025**<br>**June 2025**<br>**July 2025** | **$13,500.00** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **David and Sandra Rollins**<br>Creditor's name<br><br>Street<br><br>City State ZIP Code<br>Relationship to debtor | **Various** | **$27,630.00** | **The Rollins loaned a total of $150,000 to the debtor in the one year prepetition. The Debtor repaid $27,630.00 over various payments (new value given after payments were made).** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

Debtor   **HL Pit Stop, LLC** _____   Case number _(if known)_ _____
         Name

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> _____ <br> City          State     ZIP Code | _____ | _____ | _____ |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> _____ <br> City          State     ZIP Code | <br> XXXX– __ __ __ __ | _____ | _____ |

## Part 3:  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. _____ <br><br> **Case number** <br><br> _____ | _____ | Name <br> _____ <br> Street <br> _____ <br> _____ <br> City          State     ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name

| | | Case title | Court name and address |
|---|---|---|---|

Street

Name

| | | Case number | Street |
|---|---|---|---|

City            State    ZIP Code

| | | Date of order or assignment | City            State    ZIP Code |
|---|---|---|---|

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City            State    ZIP Code

| Recipient's relationship to debtor |
|---|

---

| Part 5: | Certain Losses |
|---|---|

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss. If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor    **HL Pit Stop, LLC**                   Case number *(if known)* _____

Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **HL Pit Stop, LLC** | **Chapter 11 Retainer** | **8/5/2025** | **$9,000.00** |
| | **Address** | | | |
| | **620 Dutch Lake Dr** | | | |
| | Street | | | |
| | **Howard Lake, MN 55349** | | | |
| | City        State     ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

13.1.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Address**

_____
Street

_____

_____
City            State    ZIP Code

**Relationship to debtor**

_____

---

**Part 7:**  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1.  _____          From _____  To _____
       Street

       _____

       _____
       City          State    ZIP Code

---

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ | _____ | _____ |
| Facility name | | |
| _____ | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| Street | | |
| _____ | _____ | *Check all that apply:* |
| City   State   ZIP Code | _____ | ☐ Electronically |
| | | ☐ Paper |

Debtor   **HL Pit Stop, LLC**                                                     Case number *(if known)*
_____
Name

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>_____<br>City        State    ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor    **HL Pit Stop, LLC**                                                    Case number *(if known)* _____
_____
Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|-----------------------------------------|------------------------------------|-----------------------------|----------------------------|
|      |                                         |                                    |                             | ☐ No |
|      | Name                                    |                                    |                             | ☐ Yes |
|      | Street                                  |                                    |                             | |
|      |                                         | **Address**                        |                             | |
|      | City          State   ZIP Code          |                                    |                             | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|---------------------------|------------------------------------|-----------------------------|----------------------------|
|      |                           |                                    |                             | ☐ No |
|      | Name                      |                                    |                             | ☐ Yes |
|      | Street                    |                                    |                             | |
|      |                           | **Address**                        |                             | |
|      | City          State   ZIP Code |                              |                             | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|----------|--------------------------------------------------------------------|

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|--------------------------|---------------------------|------------------------------|-------|
|                          |                           |                              |       |
| Name                     |                           |                              |       |
| Street                   |                           |                              |       |
|                          |                           |                              |       |
| City        State   ZIP Code |                       |                              |       |

| Part 12: | Details About Environmental Information |
|----------|------------------------------------------|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor   **HL Pit Stop, LLC**                                     Case number *(if known)* _____
_____
Name

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| _____ | Street _____ | _____ | ☐ Concluded |
| | _____ | _____ | |
| | City          State    ZIP Code | | |

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

---

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor   **HL Pit Stop, LLC**

Case number *(if known)* _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.

Name

Street

City          State    ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____   To _____

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   **Haworth & Company**<br>Name<br>**7600 Parklawn Ave 450**<br>Street<br><br>**Edina, MN 55435**<br>City          State      ZIP Code | From _____   To _____ |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.<br>Name<br><br>Street<br><br><br>City          State      ZIP Code | From _____   To _____ |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.<br><br>Name<br><br>Street<br><br><br>City          State      ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
| --- |

26d.1.

Name

Street

City                          State              ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

| Name and address of the person who has possession of inventory records |
| --- |

27.1.

Name

Street

City                          State              ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| David Rollins | Howard Lake, MN 55349 | Owner and President, Owner | 50.00% |
| Sandra Rollins | Howard Lake, MN 55349 | Owner and VP, | 50.00% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| | | , | From _____  To _____ |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **David Rollins** | | | **Annual Salary of** $26,000 |

Name

Street

City        State        ZIP Code

Relationship to debtor

**Owner & President**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Sandra Rollins** | | | **Annual Salary of** $26,000. |

Name

Street

City        State        ZIP Code

Relationship to debtor

**Owner and VP**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **08/07/2025**

     MM/   DD/   YYYY

Debtor    **HL Pit Stop, LLC**                                                                Case number *(if known)*
          Name

**X** **s/ David Rollins**                                    Printed name          **David Rollins**
   Signature of individual signing on behalf of the debtor


   Position or relationship to debtor


**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

Fill in this information to identify the case:

Debtor name **HL Pit Stop, LLC**

United States Bankruptcy Court for the:

**District of Minnesota**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Citizens State Bank of Waverly Attn: Officer or Managing Agent 609 Pacific Ave Waverly, MN 55390 | | UCC lien on all assets | | $1,992,873.00 | $94,708.03 | $1,992,822.00 |
| 2 | Small Business Administration Attn: SBA Administrator 409 3rd St SW Washington, DC 20416 | | UCC Lien on all assets | | $500,000.00 | $98,807.03 | $401,192.97 |
| 3 | ODK Capital, LLC Attn: Officer or Managing Agent 4700 W Daybreak Pkwy 200 South Jordan, UT 84009 | | | | | | $75,000.00 |
| 4 | ODK Capital, LLC Attn: Officer or Managing Agent 4700 W Daybreak Pkwy 200 South Jordan, UT 84009 | | UCC lien on all assets | | | | $65,000.00 |
| 5 | Wright County Attn: Property tax 3650 Braddock Ave NE 1700 Buffalo, MN 55313 | | | | | | $40,000.00 |
| 6 | Forward Financing Attn: Officer or Managing Agent 53 State St 20 Fl Boston, MA 02109 | | UCC lien on accounts | | | | $35,241.00 |
| 7 | Minnesota Revenue Attn: Collections Division 600 N Robert St Saint Paul, MN 55146 | | | | | | $35,000.00 |
| 8 | Dooley's Petroleum, Inc. Attn: Officer or Managing Agent 3101 3rd Ave SW Willmar, MN 56201 | | | | | | $13,421.00 |

Debtor   **HL Pit Stop, LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Henry's Foods<br>Attn: Officer or Managing Agent<br>234 McKay Ave N<br>Alexandria, MN 56308 | | | | | | $12,000.00 |
| 10  Mumford Sanitation<br>Attn: Officer or Managing Agent<br>612 6th St<br>Howard Lake, MN 55349 | | | | | | $12,000.00 |
| 11  First National Bank Omaha<br>Attn: Officer or Managing Agent<br>1620 Dodge Street<br>Omaha, NE 68197 | | | | | | $8,000.00 |
| 12  Minnesota Petroleum Service, Inc.<br>Attn: Officer or Managing Agent<br>682 39th Ave NE<br>Columbia Heights, MN 55421 | | | | | | $5,868.23 |
| 13  City of Howard Lake<br>741 6th St, PO Box 736<br>Howard Lake, MN 55349 | | | | | | $4,000.00 |
| 14  Frito-Lay<br>Attn: Officer or Managing Agent<br>75 Remittance Dr Ste. 1217<br>Chicago, IL 60675 | | | | | | $4,000.00 |
| 15  Red Bull<br>Attn: Officer or Managing Agent<br>Po Box 204750<br>Dallas, TX 75320 | | | | | | $4,000.00 |
| 16  Cintas<br>Attn: Officer of Managing Agent<br>685 Olive St<br>Saint Paul, MN 55101 | | | | | | $3,500.00 |
| 17  Westmor Industries, LLC<br>Attn: Officer 3 Development Dr<br>PO Box 683<br>Morris, MN 56267 | | | | | | $3,362.00 |
| 18  Bernicks Pepsi of St. Cloud<br>Attn: Officer or Managing Agent<br>PO Box 7457<br>Saint Cloud, MN 56302 | | | | | | $1,500.00 |
| 19  Old Dutch Foods, Inc.<br>Attn: Officer or Managing Agent<br>Po Box 64627<br>Saint Paul, MN 55164 | | | | | | $1,500.00 |
| 20  MediaCom<br>Attn: Officer or Managing Agent<br>Po Box 5744<br>Carol Stream, IL 60197 | | | | | | $1,000.00 |

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
DULUTH DIVISION**

IN RE: **HL Pit Stop, LLC**                                              CASE NO

                                                                         CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___**08/07/2025**___    Signature _____**s/ David Rollins**_____
                                                          David Rollins, Authorized Signer

A&W FRANCHISING
ATTN: OFFICER OR MANAGING AGENT
1648 MCGRATHIANA PKWY STE. 380
LEXINGTON, KY 40511


BEAUDRY OIL
ATTN: OFFICER OR MANAGING AGENT
630 PROCTOR AVE NW
ELK RIVER, MN 55330


BERNICKS PEPSI OF ST.
CLOUD
ATTN: OFFICER OR MANAGING AGENT
PO BOX 7457
SAINT CLOUD, MN 56302


BRET THRASHER
3050 PEACHTREE RD NW 240
ATLANTA, GA 30305


CENTERPOINT ENERGY
ATTN: OFFICER
PO BOX 1297
MINNEAPOLIS, MN 55472


CINTAS
ATTN: OFFICER OF MANAGING AGENT
685 OLIVE ST
SAINT PAUL, MN 55101


CITIZENS STATE BANK OF
WAVERLY
ATTN: OFFICER OR MANAGING AGENT
609 PACIFIC AVE
WAVERLY, MN 55390


CITY OF HOWARD LAKE
741 6TH ST, PO BOX 736
HOWARD LAKE, MN 55349

CORPORATION SERVICE
COMPANY
ATTN: OFFICER OF MANAGING AGENT
801 ADLAI STEVENSON DR
SPRINGFIELD, IL 62703

DAVID ROLLINS
620 DUTCH LAKE DR
HOWARD LAKE, MN 55349

DOOLEY'S PETROLEUM, INC.
ATTN: OFFICER OR MANAGING AGENT
3101 3RD AVE SW
WILLMAR, MN 56201

FIRST NATIONAL BANK
OMAHA
ATTN: OFFICER OR MANAGING AGENT
1620 DODGE STREET
OMAHA, NE 68197

FORWARD FINANCING
ATTN: OFFICER OR MANAGING AGENT
53 STATE ST 20 FL
BOSTON, MA 02109

FRITO-LAY
ATTN: OFFICER OR MANAGING AGENT
75 REMITTANCE DR STE. 1217
CHICAGO, IL 60675

HENRY'S FOODS
ATTN: OFFICER OR MANAGING AGENT
234 MCKAY AVE N
ALEXANDRIA, MN 56308

HOBART SERVICE
ATTN: OFFICER OR MANAGING AGENT
PO BOX 2517
CAROL STREAM, IL 60132

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346


MEDIACOM
ATTN: OFFICER OR MANAGING AGENT
PO BOX 5744
CAROL STREAM, IL 60197


MINNESOTA PETROLEUM
SERVICE, INC.
ATTN: OFFICER OR MANAGING AGENT
682 39TH AVE NE
COLUMBIA HEIGHTS, MN 55421


MINNESOTA REVENUE
ATTN: COLLECTIONS DIVISION
600 N ROBERT ST
SAINT PAUL, MN 55146


MUMFORD SANITATION
ATTN: OFFICER OR MANAGING AGENT
612 6TH ST
HOWARD LAKE, MN 55349


ODK CAPITAL, LLC
ATTN: OFFICER OR MANAGING AGENT
4700 W DAYBREAK PKWY 200
SOUTH JORDAN, UT 84009


OLD DUTCH FOODS, INC.
ATTN: OFFICER OR MANAGING AGENT
PO BOX 64627
SAINT PAUL, MN 55164


RED BULL
ATTN: OFFICER OR MANAGING AGENT
PO BOX 204750
DALLAS, TX 75320

SANDRA ROLLINS
620 DUTCH LAKE DR
HOWARD LAKE, MN 55349


SMALL BUSINESS
ADMINISTRATION
ATTN: SBA ADMINISTRATOR
409 3RD ST SW
WASHINGTON, DC 20416

US ATTORNEY, DISTRICT OF
MN
300 S 4TH ST 600
MINNEAPOLIS, MN 55415


WESTMOR INDUSTRIES, LLC
ATTN: OFFICER
3 DEVELOPMENT DR
PO BOX 683
MORRIS, MN 56267

WRIGHT COUNTY
ATTN: PROPERTY TAX
3650 BRADDOCK AVE NE 1700
BUFFALO, MN 55313

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## DULUTH DIVISION

IN RE:                                                      CHAPTER  11

**HL Pit Stop, LLC**

DEBTOR.                                                    CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|

NONE.

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, David Rollins, the President _____        _____ of _____

of the        **Nonpublic Corporation**

named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

s/ David Rollins

Date:  _08/06/2025_____        Signature: _____

David Rollins

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Minnesota

**In re**    HL Pit Stop, LLC

Case No. _____

**Debtor**

Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ........................................................................................    **HOURLY**

Prior to the filing of this statement I have received .............................................................................    **$9,000 retainer**

Balance Due ......................................................................................................................    **Unknown**

2.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__08/06/2025__

*Date*

s/ Mary Sieling

Mary Sieling
*Signature of Attorney*

Bar Number: 0389893
Sieling Law, PLLC
12800 Whitewater Dr 100, # 3201
Minnetonka, MN 55343
Phone: (612) 325-1191

**Sieling Law, PLLC**

*Name of law firm*