**HL Pit Stop, LLC**
**Liquidation Analysis**

| Line Item | Liquidation Value |
|---|---:|
| Cash | $1,000 |
| A&W Food & Beverage Inventory | $2,000 |
| Office and Restaurant furniture | $2,000 |
| POS Systems and electronics | $5,000 |
| Fuel Pumps and fuel | $19,000 |
| Fixtures and equipment (shelving, coolers, grill, fryers, ice cream machine, espresso machine) | $10,000 |
| Skid Loader | $6,000 |
| 2010 Dodge Ram | $7,000 |
| *Total Estimated Proceeds from Liquidation of Assets* | $52,000 |

| Creditor | Estimated Recovery in Chapter 7 |
|---|---:|
| Citizens State Bank | $52,000.00 |
| Other secured creditors | $0.00 |
| Unsecured creditors | $0.00 |

Exhibit A