**HL PIT STOP PROJECTED MONTHLY CASH FLOW - YR1**

| | 1/1/2026 | 2/1/2026 | 3/1/2026 | 4/1/2026 | 5/1/2026 | 6/1/2026 | 7/1/2026 | 8/1/2026 | 9/1/2026 | 10/1/2026 | 11/1/2026 | 12/1/2026 | TOTAL YR 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GAS SALES | $76,712.00 | $72,877.00 | $76,712.00 | $80,749.00 | $89,721.00 | $89,721.00 | $89,721.00 | $83,076.00 | $83,076.00 | $64,400.00 | $57,960.00 | $59,698.00 | $806,765.00 |
| A&W SALES | 65,500.00 | 68,000.00 | 72,000.00 | 78,000.00 | 93,000.00 | 97,000.00 | 93,700.00 | 87,500.00 | 77,500.00 | 75,000.00 | 69,300.00 | 66,882.00 | 807,200.00 |
| RENT INCOME | | 3,840.00 | 5,968.00 | 5,968.00 | 8,968.00 | 10,468.00 | 10,468.00 | 10,468.00 | 10,468.00 | 10,468.00 | 10,468.00 | 10,468.00 | $77,084.00 |
| **TOTAL INCOME** | $142,212.00 | $144,717.00 | $154,680.00 | $164,717.00 | $191,689.00 | $197,189.00 | $193,889.00 | $181,044.00 | $171,044.00 | $149,868.00 | $137,728.00 | $137,048.00 | $1,691,049.00 |
| | | | | | | | | | | | | | |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | | |
| COST OF SALES GAS | 69,110.00 | 65,655.00 | 69,110.00 | 72,747.00 | 80,830.00 | 80,830.00 | 80,830.00 | 74,844.00 | 74,844.00 | 57,960.00 | 52,164.00 | 53,728.00 | 832,652.00 |
| COST OF SALES A&W | 18,995.00 | 19,720.00 | 20,880.00 | 22,620.00 | 26,970.00 | 28,130.00 | 27,173.00 | 25,375.00 | 22,475.00 | 21,750.00 | 20,097.00 | 19,395.00 | 273,580.00 |
| OUTSIDE SERVICES | 687.00 | 687.00 | 687.00 | 687.00 | 687.00 | 687.00 | 687.00 | 687.00 | 687.00 | 687.00 | 687.00 | 687.00 | 8,244.00 |
| WAGES | $26,600 | 26,600.00 | $28,500 | 28,500.00 | $31,350 | 47,025.00 | $31,350 | 31,350.00 | $30,400 | 42,750.00 | 28,000.00 | 28,000.00 | $380,425 |
| OFFICER WAGES | $4,000.00 | 4,000.00 | $4,000.00 | 4,000.00 | $4,000 | 6,000.00 | $4,000 | 4,000.00 | $4,000 | 6,000.00 | 5,000.00 | 5,000.00 | $54,000.00 |
| MORTGAGE | 3,200.00 | 6,017.00 | 6,017.00 | 6,017.00 | 6,017.00 | 6,017.00 | 6,017.00 | 6,017.00 | 6,017.00 | 6,017.00 | 6,017.00 | 6,017.00 | 69,387.00 |
| UTILITIES | 2,950.00 | 2,950.00 | 3,450.00 | 2,300.00 | 2,575.00 | 2,875.00 | 2,950.00 | 2,950.00 | 2,450.00 | 2,450.00 | 2,300.00 | 2,675.00 | 32,875.00 |
| TELEPHONE | 135.00 | 135.00 | 135.00 | 135.00 | 135.00 | 135.00 | 135.00 | 135.00 | 135.00 | 135.00 | 135.00 | 135.00 | 1,620.00 |
| TRASH REMOVAL | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 5,400.00 |
| INSURANCE | 3,088.00 | 3,088.00 | 3,088.00 | 3,088.00 | 3,088.00 | 3,088.00 | 3,088.00 | 3,088.00 | 3,088.00 | 3,088.00 | 3,088.00 | 3,088.00 | 37,056.00 |
| PAYROLL TAXES | $3,800 | 3,800.00 | $4,000 | 4,100.00 | $4,200 | 6,500.00 | $4,200 | 4,200.00 | $4,100 | 5,400.00 | 3,600.00 | 3,600.00 | $51,500 |
| LICENSES & PERMITS | - | - | - | - | 136.00 | 136.00 | 136.00 | 136.00 | 136.00 | 136.00 | - | - | 816.00 |
| LEGAL & ACCOUNTING | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 3,095.00 | 9,640.00 |
| PAYROLL FEES | 244.00 | 244.00 | 244.00 | 244.00 | 244.00 | 244.00 | 244.00 | 244.00 | 244.00 | 244.00 | 244.00 | 244.00 | 2,928.00 |
| MERCHANT CARD FEES | 3,325.00 | 3,325.00 | 3,325.00 | 3,325.00 | 3,325.00 | 3,325.00 | 3,325.00 | 3,325.00 | 3,325.00 | 3,325.00 | 3,325.00 | 3,325.00 | 39,900.00 |
| PROPERTY TAX | 3,200.00 | 1,766.77 | 1,766.77 | 1,766.77 | 1,766.77 | 1,766.77 | 1,766.77 | 1,766.77 | 1,766.77 | 1,766.77 | 5,100.00 | 5,100.00 | 29,300.93 |
| A&W BACK PAY ROYALTIES | 1,043.00 | 1,043.00 | 1,043.00 | 1,043.00 | 1,043.00 | 1,043.00 | 1,043.00 | 1,043.00 | 1,043.00 | 1,043.00 | 587.72 | 587.00 | 11,604.72 |
| FRANCHISE FEES | 6,550.00 | 6,800.00 | 7,200.00 | 7,800.00 | 9,300.00 | 9,700.00 | 9,370.00 | 8,750.00 | 7,750.00 | 7,500.00 | 6,930.00 | 6,688.00 | 94,338.00 |
| BANKRUPTCY EXPENSES | 500.00 | 500.00 | 500.00 | 1,000.00 | 3,000.00 | 500.00 | 3,000.00 | 1,000.00 | $1,000 | 500.00 | | | 11,500.00 |
| BACK SALES TAX PAYMENTS | 587.72 | 587.72 | 587.72 | 587.72 | 587.72 | 587.72 | 587.72 | 587.72 | 587.72 | 587.72 | 587.72 | 587.72 | 7,052.64 |
| MISC. | | | | $2,000 | $2,000 | | $2,000 | $2,000 | $2,000 | | | | 10,000.00 |
| **TOTAL CASH DISBURSEMENTS** | 149,059.72 | 147,963.49 | 155,578.49 | 163,005.49 | 182,299.49 | 199,634.49 | 182,947.49 | 172,543.49 | 167,093.49 | 162,384.49 | 138,907.44 | 142,401.72 | 1,963,819.29 |
| | | | | | | | | | | | | | |
| CASH FLOW | -$6,847.72 | -$3,246.49 | -$898.49 | $1,711.51 | $9,389.51 | -$2,445.49 | $10,941.51 | $8,500.51 | $3,950.51 | -$12,516.49 | -$1,179.44 | -$5,353.72 | $2,005.71 |

Exhibit B

<mark>HL PIT STOP PROJECTED MONTHLY CASH FLOW -YR 2</mark>

| | 1/1/2027 | 2/1/2027 | 3/1/2027 | 4/1/2027 | 5/1/2027 | 6/1/2027 | 7/1/2027 | 8/1/2027 | 9/1/2027 | 10/1/2027 | 11/1/2027 | 12/1/2027 | TOTAL YR 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GAS SALES | $76,712.00 | $72,877.00 | $76,712.00 | $80,749.00 | $89,721.00 | $89,721.00 | $89,721.00 | $83,076.00 | $83,076.00 | $64,400.00 | $57,960.00 | $59,698.00 | $924,423.00 |
| A&W SALES | 68,775.00 | 71,400.00 | 75,660.00 | 81,900.00 | 97,650.00 | 102,532.00 | 98,385.00 | 95,025.00 | 81,375.00 | 78,750.00 | 69,300.00 | 66,882.00 | 987,634.00 |
| RENT INCOME | 10,468.00 | 10,468.00 | 10,468.00 | 10,468.00 | 10,468.00 | 10,468.00 | 10,468.00 | 10,468.00 | 10,468.00 | 10,468.00 | 10,468.00 | 10,468.00 | $125,616.00 |
| **TOTAL INCOME** | $155,955.00 | $154,745.00 | $162,840.00 | $173,117.00 | $197,839.00 | $202,721.00 | $198,574.00 | $188,569.00 | $174,919.00 | $153,618.00 | $137,728.00 | $137,048.00 | $2,037,673.00 |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | | |
| COST OF SALES GAS | 69,110.00 | 65,655.00 | 69,110.00 | 72,747.00 | 80,830.00 | 80,830.00 | 80,830.00 | 74,844.00 | 74,844.00 | 57,960.00 | 52,164.00 | 53,728.00 | 832,652.00 |
| COST OF SALES A&W | 19,945.00 | 20,706.00 | 21,941.00 | 23,751.00 | 28,318.00 | 29,734.00 | 28,531.00 | 27,557.00 | 23,598.00 | 22,837.00 | 20,097.00 | 19,395.00 | 286,410.00 |
| OUTSIDE SERVICES | 687.00 | 687.00 | 687.00 | 687.00 | 687.00 | 687.00 | 687.00 | 687.00 | 687.00 | 687.00 | 687.00 | 687.00 | 8,244.00 |
| WAGES | $28,000 | 28,000.00 | $30,000 | 32,000.00 | $33,000 | 49,500.00 | $33,000 | 33,000.00 | $32,000 | 45,000.00 | 28,000.00 | 28,000.00 | $399,500 |
| OFFICER WAGES | $5,000.00 | 5,000.00 | $5,000.00 | 5,000.00 | $5,000 | 8,000.00 | $5,000 | 5,000.00 | $5,000 | 8,000.00 | 5,000.00 | 5,000.00 | $66,000.00 |
| MORTGAGE | 6,017.00 | 6,017.00 | 6,017.00 | 6,017.00 | 6,017.00 | 6,017.00 | 6,017.00 | 6,017.00 | 6,017.00 | 6,017.00 | 6,017.00 | 6,017.00 | 72,204.00 |
| UTILITIES | 2,950.00 | 2,950.00 | 3,450.00 | 2,300.00 | 2,575.00 | 2,875.00 | 2,950.00 | 2,950.00 | 2,450.00 | 2,450.00 | 2,300.00 | 2,675.00 | 32,875.00 |
| TELEPHONE | 135.00 | 135.00 | 135.00 | 135.00 | 135.00 | 135.00 | 135.00 | 135.00 | 135.00 | 135.00 | 135.00 | 135.00 | 1,620.00 |
| TRASH REMOVAL | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 5,400.00 |
| INSURANCE | 3,088.00 | 3,088.00 | 3,088.00 | 3,088.00 | 3,088.00 | 3,088.00 | 3,088.00 | 3,088.00 | 3,088.00 | 3,088.00 | 3,088.00 | 3,088.00 | 37,056.00 |
| PAYROLL TAXES | $3,800 | 3,800.00 | $4,000 | 4,100.00 | $4,200 | 6,500.00 | 4,200.00 | 4,200.00 | $4,100 | 5,400.00 | 3,600.00 | 3,600.00 | $51,500 |
| LICENSES & PERMITS | - | - | - | - | 136.00 | 136.00 | 136.00 | 136.00 | 136.00 | 136.00 | - | - | 816.00 |
| LEGAL & ACCOUNTING | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 3,095.00 | 9,640.00 |
| PAYROLL FEES | 244.00 | 244.00 | 244.00 | 244.00 | 244.00 | 244.00 | 244.00 | 244.00 | 244.00 | 244.00 | 244.00 | 244.00 | 2,928.00 |
| MERCHANT CARD FEES | 3,325.00 | 3,325.00 | 3,325.00 | 3,325.00 | 3,325.00 | 3,325.00 | 3,325.00 | 3,325.00 | 3,325.00 | 3,325.00 | 3,325.00 | 3,325.00 | 39,900.00 |
| PROPERTY TAX | 5,100.00 | 5,100.00 | 5,100.00 | 5,100.00 | 5,100.00 | 5,100.00 | 5,100.00 | 5,100.00 | 5,100.00 | 5,100.00 | 5,100.00 | 5,100.00 | 61,200.00 |
| BACK SALES TAX PAYMENTS | 587.00 | 587.00 | 587.00 | 587.00 | 587.00 | 587.00 | 587.00 | 587.00 | 587.00 | 587.00 | 587.72 | 587.00 | 7,044.72 |
| FRANCHISE FEES | 6,877.00 | 7,140.00 | 7,566.00 | 8,190.00 | 9,765.00 | 10,253.00 | 9,838.00 | 9,502.00 | 8,137.00 | 7,875.00 | 6,930.00 | 6,688.00 | 98,761.00 |
| UNSECURED DEBT PAYMENTS | | | | | | | 10,000.00 | | | | | | 10,000.00 |
| MISC. | | | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | | | | 13,000.00 |
| **TOTAL CASH DISBURSEMENTS** | 155,910.00 | 153,479.00 | 162,295.00 | 169,316.00 | 185,052.00 | 209,056.00 | 197,713.00 | 180,417.00 | 173,493.00 | 169,886.00 | 138,319.72 | 141,814.00 | 2,036,750.72 |
| **CASH FLOW** | $45.00 | $1,266.00 | $545.00 | $3,801.00 | $12,787.00 | -$6,335.00 | $861.00 | $8,152.00 | $1,426.00 | -$16,268.00 | -$591.72 | -$4,766.00 | $922.28 |

Exhibit B

**HL PIT STOP PROJECTED MONTHLY CASH FLOW -YR 3**

| | 1/1/2028 | 2/1/2028 | 3/1/2028 | 4/1/2028 | 5/1/2028 | 6/1/2028 | 7/1/2028 | 8/1/2028 | 9/1/2028 | 10/1/2028 | 11/1/2028 | 12/1/2028 | TOTAL YR 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GAS SALES | $76,712.00 | $72,877.00 | $76,712.00 | $80,749.00 | $89,721.00 | $89,721.00 | $89,721.00 | $83,076.00 | $83,076.00 | $64,400.00 | $57,960.00 | $59,698.00 | $806,765.00 |
| A&W SALES | 68,775.00 | 71,400.00 | 75,660.00 | 81,900.00 | 97,650.00 | 102,532.00 | 98,385.00 | 95,025.00 | 81,375.00 | 78,750.00 | 69,300.00 | 66,882.00 | 851,452.00 |
| RENT INCOME | 10,468.00 | 10,468.00 | 10,468.00 | 10,468.00 | 10,468.00 | 10,468.00 | 10,468.00 | 10,468.00 | 10,468.00 | 10,468.00 | 10,468.00 | 10,468.00 | $104,680.00 |
| **TOTAL INCOME** | $155,955.00 | $154,745.00 | $162,840.00 | $173,117.00 | $197,839.00 | $202,721.00 | $198,574.00 | $188,569.00 | $174,919.00 | $153,618.00 | $137,728.00 | $137,048.00 | $1,762,897.00 |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | | |
| COST OF SALES GAS | 69,110.00 | 65,655.00 | 69,110.00 | 72,747.00 | 80,830.00 | 80,830.00 | 80,830.00 | 74,844.00 | 74,844.00 | 57,960.00 | 52,164.00 | 53,728.00 | 832,652.00 |
| COST OF SALES A&W | 19,945.00 | 20,706.00 | 21,941.00 | 23,751.00 | 28,318.00 | 29,734.00 | 28,531.00 | 27,557.00 | 23,598.00 | 22,837.00 | 20,097.00 | 19,395.00 | 286,410.00 |
| OUTSIDE SERVICES | 687.00 | 687.00 | 687.00 | 687.00 | 687.00 | 687.00 | 687.00 | 687.00 | 687.00 | 687.00 | 687.00 | 687.00 | 8,244.00 |
| WAGES | $28,000 | 28,000.00 | $30,000 | 32,000.00 | $33,000 | 49,500.00 | $33,000 | 33,000.00 | $32,000 | 45,000.00 | 28,000.00 | 28,000.00 | $399,500 |
| OFFICER WAGES | $5,000.00 | 5,000.00 | $5,000.00 | 5,000.00 | $5,000 | 8,000.00 | $5,000 | 5,000.00 | $5,000 | 8,000.00 | 5,000.00 | 5,000.00 | $66,000.00 |
| MORTGAGE | 6,017.00 | 6,017.00 | 6,017.00 | 6,017.00 | 6,017.00 | 6,017.00 | 6,017.00 | 6,017.00 | 6,017.00 | 6,017.00 | 6,017.00 | 6,017.00 | 72,204.00 |
| UTILITIES | 2,950.00 | 2,950.00 | 3,450.00 | 2,300.00 | 2,575.00 | 2,875.00 | 2,950.00 | 2,950.00 | 2,450.00 | 2,450.00 | 2,300.00 | 2,675.00 | 32,875.00 |
| TELEPHONE | 135.00 | 135.00 | 135.00 | 135.00 | 135.00 | 135.00 | 135.00 | 135.00 | 135.00 | 135.00 | 135.00 | 135.00 | 1,620.00 |
| TRASH REMOVAL | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 5,400.00 |
| INSURANCE | 3,088.00 | 3,088.00 | 3,088.00 | 3,088.00 | 3,088.00 | 3,088.00 | 3,088.00 | 3,088.00 | 3,088.00 | 3,088.00 | 3,088.00 | 3,088.00 | 37,056.00 |
| PAYROLL TAXES | $3,800 | 3,800.00 | $4,000 | 4,100.00 | $4,200 | 6,500.00 | 4,200.00 | 4,200.00 | 4,100.00 | 5,400.00 | 3,600.00 | 3,600.00 | 51,500.00 |
| LICENSES & PERMITS | - | - | - | - | 136.00 | 136.00 | 136.00 | 136.00 | 136.00 | 136.00 | - | - | 816.00 |
| LEGAL & ACCOUNTING | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 595.00 | 3,095.00 | 9,640.00 |
| PAYROLL FEES | 244.00 | 244.00 | 244.00 | 244.00 | 244.00 | 244.00 | 244.00 | 244.00 | 244.00 | 244.00 | 244.00 | 244.00 | 2,928.00 |
| MERCHANT CARD FEES | 3,325.00 | 3,325.00 | 3,325.00 | 3,325.00 | 3,325.00 | 3,325.00 | 3,325.00 | 3,325.00 | 3,325.00 | 3,325.00 | 3,325.00 | 3,325.00 | 39,900.00 |
| PROPERTY TAX | 5,100.00 | 5,100.00 | 5,100.00 | 5,100.00 | 5,100.00 | 5,100.00 | 5,100.00 | 5,100.00 | 5,100.00 | 5,100.00 | 3,333.00 | 3,333.00 | 57,666.00 |
| BACK SALES TAX PAYMENTS | 587.00 | 587.00 | 587.00 | 587.00 | 587.00 | 587.00 | 587.00 | 587.00 | 587.00 | 587.00 | 587.00 | 587.00 | 7,044.00 |
| UNSECURED DEBT PYMNTS | | | | | | | 8,000.00 | $8,000 | | | | | 16,000.00 |
| FRANCHISE FEES | 6,877.00 | 7,140.00 | 7,566.00 | 8,190.00 | 9,765.00 | 10,253.00 | 9,838.00 | 9,502.00 | 8,137.00 | 7,875.00 | 6,930.00 | 6,688.00 | 98,761.00 |
| MISC. | | | | 1,000.00 | 3,000.00 | | 3,000.00 | 3,000.00 | 1,000.00 | | | | 11,000.00 |
| **TOTAL CASH DISBURSEMENTS** | 155,910.00 | 153,479.00 | 161,295.00 | 169,316.00 | 187,052.00 | 208,056.00 | 195,713.00 | 188,417.00 | 171,493.00 | 169,886.00 | 136,552.00 | 140,047.00 | 2,037,216.00 |
| **CASH FLOW** | $45.00 | $1,266.00 | $1,545.00 | $3,801.00 | $10,787.00 | -$5,335.00 | $2,861.00 | $152.00 | $3,426.00 | -$16,268.00 | $1,176.00 | -$2,999.00 | $457.00 |

Exhibit B