| Lessor (counterparty) | Description | Assume or Reject | Cure amount and payment terms |
|---|---|---|---|
| A&W Franchising | Franchise agreement for A&W restaurant | Assume | $12,516.00, in 12 monthly payments of $1,043.00 |
| Dooley's Petroleum, Inc. | Petroleum supplier | Assume | $0.00 |
| DSR Land | Commercial Lease | Assume | $63,600.12, payable in 36 monthly installments of $1,766.67 |

Exhibit C – List of Executory Contracts and Cure Amounts